# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————

## No. 201800178

———————————

## UNITED STATES OF AMERICA
*Appellee*

v.

## RYAN F. FRANCIS
Hospitalman (E-3), U.S. Navy
*Appellant*

———————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander William H. Weiland, JAGC, U.S. Navy.
For Appellant: Captain Kimberly D. Hinson, JAGC, USNR.
For Appellee: Brian K. Keller, Esq.

———————————

Decided 30 August 2018

———————————

Before HUTCHISON, TANG, and HINES, *Appellate Military Judges*

———————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order shall reflect that the words "and a video" in Specification 1 of the Charge were withdrawn and dismissed without prejudice, to ripen into prejudice upon completion of appellate review, and the appellant was found guilty of Specification 1 of the Charge.

FOR THE COURT

RODGER A. DREW, JR.
Clerk of Court